# PD-0457-15

NO. _70448_

RANDY SCHROETER     §   IN THE COURT OF

          §

VS.           §   CRIMINAL APPEALS RECEIVED IN
                    COURT OF CRIMINAL APPEALS

          §

STATE OF TEXAS     §   OF TEXAS   APR 21 2015

Abel Acosta, Clerk

## MOTION TO EXTEND TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

Now comes Randy Schroeter, Appellant in the above styled and numbered

FILED IN
COURT OF CRIMINAL APPEALS
APR 23 2015

cause, and moves for an extension of time of 30 days to file a petition for

discretionary review, and for good cause shows the following:

Abel Acosta, Clerk

1. On March 19, 2015 the Court of Appeals affirmed appellant's

conviction. Randy Schroeter v. State, 01-13-01058-CR. This petition is therefore

due on April 18, 2015.

2. Petitioner has been unable to complete the petition for the following

reasons: Due to receiving notice of the Opinion from the First Court of Appeals on

April _13_ 2015.

3. Petitioner is currently incarcerated.

4. No previous Extension have been requested.

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

APR 16 2015

CHRISTOPHER A. PRINE
CLERK _____

**WHEREFORE, PREMISES CONSIDERED,** appellant respectfully requests an extension of 30 days, i.e. until May 18, 2015, to file a petition for discretionary review.

Respectfully submitted,

Randy Schroeter #1906516
Wynne Unit
810 FM 2821
Huntsville, TX 77349

By: *Randy Schroeter*
Randy Schroeter, Petitioner

## CERTIFICATE OF SERVICE

This is to certify that on April __13__ 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Brazoria County, Angleton, Texas by mail.

*Randy Schroeter*
Randy Schroeter